FILED
CLERK, U.S. DISTRICT COURT

NOV 30 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                                  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANDREW RUBIN,<br><br>  Petitioner,<br><br>  v.<br><br>A. WASHINGTON-ADUCCI,<br><br>  Respondent. | Case No. CV 09-4815 PSG (AJW)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: 11/30/09

Philip S. Guiterrez
United States District Judge