FILED
CLERK, U.S. DISTRICT COURT
NOV 30 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANDREW RUBIN, ) | |
| ) | |
| Petitioner, ) | No. CV 09-4815-PSG(AJW) |
| ) | |
| vs. ) | |
| ) | JUDGMENT |
| A. WASHINGTON-ADUCCI, ) | |
| ) | |
| Respondent. ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: 11/30/09

_____
Philip S. Gutierrez
United States District Judge